# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SALADDIN MOUSA, | Case No. 1:19-cv-01618-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| CRIMINAL INTELLIGENCE BUREAU, et al., | |
| Defendants. | |

On November 12, 2019, Plaintiff Mohamed Saladdin Mousa, a state prisoner proceeding *pro se*, filed a complaint against Defendants "Criminal Intelligence Bearu [sic]," Los Angeles Sheriff Department, and Captain Anselmo Gonzalez, along with an application to proceed *in forma pauperis*. (Docs. 1 & 2.) The complaint purports to allege claims pursuant to 42 U.S.C. § 1983 for violations of Plaintiff's constitutional rights, apparently arising from his work as an alleged "custody informant" while imprisoned at the Los Angeles County Jail. (*See* Doc. 1.)

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district in which any defendant resides, if all

defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

While Plaintiff is currently housed at a correctional institution within this judicial district,[1] none of the Defendants reside in this district.[2] In addition, the claim arose at the Los Angeles County Jail (*see* Doc. 1 at 1), which is in the Western Division of the Central District of California. Therefore, Plaintiff's suit should have been filed in the United States District Court for the Central District of California, Western Division. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Abrams Shell v. Shell Oil Co.*, 165 F. Supp. 2d 1096, 1103 (C.D. Cal. 2001).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California, Western Division.[3]

IT IS SO ORDERED.

Dated: **November 15, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff alleges he is currently an inmate at the California Correctional Institution in Tehachapi, California. (*See* Doc. 1 at 1.)
[2] Defendants "Criminal Intelligence Bearu [sic]" and Gonzalez are located in Whittier, California (in Los Angeles County), and Defendant Los Angeles Sheriff's Department is located in Los Angeles. (*See* Doc. 1 at 2.)
[3] In view of the transfer, this Court has not ruled on Plaintiff's request to proceed *in forma pauperis* (Doc. 2).